A CERTIFIED TRUE COPY

OCT 27 2000

ATTEST

FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
FILED
Oct. 11, 2000
MICHAEL J. BECK
CLERK OF THE PANEL

***DOCKET NO. 875*** 0 MN 00-2109 MJD/RLE

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

RECEIVED BY MAIL

NOV 07 2000

CLERK US DIST COURT ST. PAUL, MN

***IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-181)***

On July 29, 1991, the Panel transferred 22,003 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 66,625 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000), the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the opinion and order of July 29, 1991, 771 F.Supp. 415, as corrected on October 1, 1991, October 18, 1991, November 22, 1991, December 9, 1991, January 16, 1992, and March 5, 1992, and with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

OCT 27 2000

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED NOV 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 10/31/00
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

Oct. 11, 2000

MICHAEL J. BECK
CLERK OF THE PANEL

# SCHEDULE CTO—181 — TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| FLORIDA MIDDLE | | |
| FLM | 3 | 00-1065 |
| FLORIDA SOUTHERN | | |
| FLS | 1 | 00-3434 |
| ILLINOIS SOUTHERN | | |
| ILS | 4 | 00-4154 |
| KENTUCKY WESTERN | | |
| ~~KYW~~ | ~~1~~ | ~~00-169~~ opposed 10/24/00 |
| MINNESOTA | | |
| MN | 0 | 00-1901 |
| MN | 0 | 00-2109 |
| MN | 0 | 00-2144 |
| MN | 0 | 00-2145 |
| NEW YORK EASTERN | | |
| NYE | 1 | 00-5373 |
| NYE | 1 | 00-5669 |
| NEW YORK NORTHERN | | |
| NYN | 1 | 93-403 |
| RHODE ISLAND | | |
| RI | 1 | 00-255 |
| RI | 1 | 00-358 |
| SOUTH CAROLINA | | |
| SC | 2 | 00-221 |
| SC | 2 | 00-2766 |
| SC | 4 | 00-2829 |
| TEXAS EASTERN | | |
| TXE | 3 | 00-30 |
| TXE | 5 | 00-269 |
| TXE | 5 | 00-270 |

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

RECEIVED
BY MAIL
NOV 07 2000
CLERK US DIST COURT
ST. PAUL, MN

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597-

October 18, 2000

Francis E. Dosal, Clerk
U.S. DISTRICT COURT
DISTRICT OF MINNESOTA
708 Warren E. Burger Fed. Bldg.
316 North Robert Street
St. Paul, MN 55101

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION
MDL 875 (CTO-181)
Case No. 00-1901, 00-2109, 00-2144, 00-2145

Dear Clerk:

The enclosed transfer order is being sent to you regarding these involved actions have been properly identified as multidistrict litigation asbestos cases. However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

Please do not forward a certified docket or a certified copy of the transfer order to this District.

Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders. If you have any questions please contact me at (267) 299-7017.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Nicole Picariello
Nicole Picariello
MDL Coordinator

Enclosure

# UNITED STATES DISTRICT COURT

## District of Minnesota

*TO:*Clerk, USDC, ED of PA, Philadelphia, PA 19106-1797 (cc: all counsel)

| | |
|---|---|
| ( ) THIRD DIVISION: 708 Federal Bldg., 316 N. Robert St., St. Paul, MN 55101 | Phone (651)-848-1100 |
| ( x ) FOURTH DIVISION: 202 U. S. Courthouse, 300 S. 4th St., Mpls., MN 55415 | Phone (612) 664-5000 |
| ( ) FIFTH AND SIXTH DIVISION: 417 Federal Bldg., 515 W. 1st St., Duluth, MN 55802 | Phone (218)-529-3500 |

| | |
|---|---|
| **DATE:** 11/7/00 | **CIVIL FILE NUMBER:** 00-2109MJD/RLE and 00-2144JMR/RLE |
| **CASE TITLE** -VS- | |
| | The above entitled action was: ( ) removed from county court OR ( ) transferred from another district, filed in the ( ) St. Paul-3rd Division ( ) Minneapolis-4th Division ( ) Duluth-5th Division ( ) Fergus Falls-6th Division on ____, assigned to Judge___ and Magistrate Judge____ . Please direct future filings to the office indicated. |
| | The above entitled action was filed in this court on __, assigned to Judge__ and referred to U. S. Magistrate Judge__. The file will be maintained at the Clerk's Office in ( ) St. Paul, ( ) Minneapolis or ( ) Duluth. Please note this information for future reference. cc to: |
| | **LR79.1(d) and/or LR 37.2 DISCOVERY MOTIONS:** Discovery documents are returned pursuant to Local Rule. |
| | A certified copy of the Order of Remand is enclosed. |
| xxxxxx | The above entitled action is being transferred to your court pursuant to Order of MDL Panel filed 11/7/00 . A certified copy of the docket entries are enclosed. The original file will remain in Minneapolis, Minnesota. Please acknowledge receipt of this file by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. |
| | A Bill of Costs is to be submitted on a form as provided by the court. Form AO 133 and instructions for completion are attached. |
| | Your original documents are returned. Copies of state court documents were submitted when the action was removed to this court. |
| | OTHER: |

Deputy Clerk Shirley Hansen